In the Matter of the ·Petition of CHARLES E. MORRIS, as Executor, etc., for an Order to Sell or Mortgage Lands, etc.

133a $\overline{693}$
q147  572

(Argued June 7, 1892; decided June 17, 1892.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 29, 1892, which affirmed an order of Special Term granting the petition.

*Henry W. Conklin* for appellant.

*George F. Danforth* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

WASHINGTON H. TAYLOR, Appellant, *v.* CATHARINE TAYLOR et al., Respondents.

(Submitted June 7, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1891, which affirmed an order of Special Term overruling demurrers to defendants' answers.

*Malcolm R. Lawrence* for appellant.

*Benj. Scharps* and *William Fullerton* for respondents.

Agree to affirm on opinions below.
All concur.
Judgment affirmed.